**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-2095**
_____

MOE THOMPSON,

              Plaintiff - Appellant,

      v.

WALTER H. PARHAM, General Counsel, University of South
Carolina; UNIVERSITY OF SOUTH CAROLINA,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Cameron McGowan Currie, District
Judge.   (3:06-cv-02064-CMC)

_____

Submitted:  March 27, 2009          Decided:  April 17, 2009

_____

Before TRAXLER, SHEDD, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Percy Squire, PERCY SQUIRE CO., LLC, Columbus, Ohio, for
Appellant.   Andrew F. Lindemann, William H., Davidson, II,
DAVIDSON & LINDEMANN, P.A., Columbia, South Carolina, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moe Thompson appeals from the district court's order granting summary judgment against him in his civil action alleging a violation of the Rehabilitation Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court from the bench on October 5, 2007, as noted in the court's summary judgment order filed on October 10, 2007. See Thompson v. Parham, No. 3:06-cv-02064-CMC (D.S.C. Oct. 10, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED